Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Emil S. Kim, Esq.
Nevada Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
wkrincek@littler.com
ekim@littler.com

Attorneys for Defendant
ZAPPOS.COM, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GWENDOLYN C. COVINGTON, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZAPPOS.COM, LLC, a Delaware Foreign limited liability company; DOES 1-10 and ROE ENTITIES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-00121-APG-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

　　　Plaintiff GWENDOLYN C. COVINGTON ("Plaintiff") and Defendant ZAPPOS.COM, LLC ("Defendant"), by and through their respective counsel of record and pursuant to this Court's Order (ECF No. 12), hereby stipulate and agree to reschedule the date for the Early Neutral Evaluation ("ENE") Session before U.S. Magistrate Judge Maximiliano D. Couvillier, III to one of the following five (5) dates: ~~September 2-6, 2024~~. The reason for this request is that Defendant's counsel will be in an arbitration hearing on August 8, 2024.

/ / /

/ / /

LITTLER MENDELSON P.C.
3960 HOWARD HUGHES
PARKWAY
SUITE 300
LAS VEGAS, NV  89169.5937
702.862.8800

This is the first request for a continuance of the ENE. This request is made in good faith and not for the purpose of delay.

Dated: May 13, 2024

Respectfully submitted,

/s/ F. Travis Buchanan
F. Travis Buchanan, Esq.
F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC

*Attorney for Plaintiff*
GWENDOLYN C. COVINGTON

Dated: May 13, 2024

Respectfully submitted,

/s/ Emil S. Kim
Wendy M. Krincek, Esq.
Emil S. Kim. Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ZAPPOS.COM, LLC

**IT IS SO ORDERED.** The Court is not available on the parties' proposed dates. The Court resets the ENE to September 17, 2024. A request for an exception to the attendance requirements must be filed in the form of a motion or a stipulation within one week of this order. The rest of the Court's prior order (ECF No. 12) remain in full effect.

Dated: __May 22_____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE