Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Emil S. Kim, Esq.
Nevada Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:   702.862.8800
Fax No.:   702.862.8811
wkrincek@littler.com
ekim@littler.com

Attorneys for Defendant
ZAPPOS.COM, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GWENDOLYN C. COVINGTON, an individual, | Case No. 2:24-cv-00121-APG-DJA |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| ZAPPOS.COM, LLC, a Delaware Foreign limited liability company; DOES 1-10 and ROE ENTITIES 1-10, inclusive, | |
| Defendants. | |

Plaintiff GWENDOLYN C. COVINGTON ("Plaintiff") and Defendant ZAPPOS.COM, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: November 7, 2024

Respectfully submitted,

*/s/ F. Travis Buchanan*
F. Travis Buchanan, Esq.
F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC

Jamon R. Hicks, Esq.
Noel A. Arreola, Esq.
DOUGLA HICKS LAW, APC

Attorney for Plaintiff
GWENDOLYN C. COVINGTON

Respectfully submitted,

*/s/ Emil S. Kim*
Wendy M. Krincek, Esq.
Emil S. Kim, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ZAPPOS.COM, LLC

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: November 12, 2024

4884-8844-5169.1 / 067274-1040

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2